```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x     04 CV 4141 (NG) (LB)
RICHARD STONE,

                        Plaintiff,

        -against-                                                  ORDER

NYC TRANSIT and UNITED STATES
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                        Defendants.
------------------------------------------------------------x
```

**GERSHON, United States District Judge:**

Plaintiff's motion for disqualification, dated July 22, 2005, is denied. None of the statutory bases for disqualification are present in this case. *See* 28 U.S.C. § 455.

                                              **SO ORDERED.**

                                              /S/
                                          **NINA GERSHON**
                                          **United States District Judge**

Dated:      Brooklyn, New York
               July 25, 2005